IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM J. BURFORD,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION No. 03-00676-BH-B |
| | * |
| **JO ANNE B. BARNHART,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 3, 2007, is **ADOPTED** as the opinion of this Court. Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$1,837.50,** which was previously awarded pursuant to the Equal Access to Justice Act.

**DONE** this 29th day of January, 2007.

                                                          s/ W. B. Hand
                                                 SENIOR DISTRICT JUDGE